IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 17, 2010
JOHN LEY
CLERK

No. 08-14538

JOHN COFFIN,
CYNTHIA COFFIN,

Plaintiffs-Appellants,

versus

STACY BRANDAU, individually,
f.k.a. Stacy Ferris,
JAMES LUTZ, individually,

Defendants-Appellees.

------------------------
On Appeal from the United States District Court for the
Middle District of Florida
------------------------

(Opinion June 22, 2010, 609 F.3d 1204, 11th Cir. 2010)

(August 17, 2010)

BEFORE: DUBINA, Chief Judge, TJOFLAT, EDMONDSON, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR and MARTIN, Circuit Judges*.

B Y  T H E  C O U R T:

A member of this Court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.

_____
*Senior United States Circuit Judge R. Lanier Anderson has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).